In the Matter of the Application to Fix the Liability on the Official Bonds Filed by ROBERT E. BERGMAN, as Principal, and MARYLAND CASUALTY COMPANY, as Surety, in the Guardianship of GEORGE ROBERT BUNTING, Infant. GEORGE ROBERT BUNTING, Petitioner, Appellant; MARYLAND CASUALTY COMPANY and EMMA J. BERGMAN, as Administratrix, etc., of ROBERT E. BERGMAN, Deceased, Respondents.— Decree unanimously reversed, with costs to the appellant, and the

motion to dismiss the petition denied, with leave to the respondents to move to adjourn the proceedings on the petition until the determination of the pending appeals. [See *post*, p. 976.] No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.